UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL OLSZEWSKI, AREA WIDE REALTY CORPORATION, AREA WIDE REALTY CORPORATION CASH BALANCE PENSION PLAN AND TRUST, AREA WIDE REALTY CORPORATION PROFIT-SHARING PLAN AND TRUST,** <br><br> Defendants. | Civil action no.: 1:20-cv-00660 <br><br> Judge: Honorable Martha M. Pacold <br><br> Magistrate Judge: Susan E. Cox |

**SECRETARY'S UNOPPOSED MOTION FOR
ENTRY OF CONSENT ORDER AND JUDGMENT**

Plaintiff, **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor ("Secretary"), pursuant to Federal Rules of Civil Procedure 7(b)(1) and 58(d), hereby moves this Court for entry of the Consent Order and Judgment against Defendants **AREA WIDE REALTY CORPORATION,** an Illinois corporation, and **MICHAEL OLSZEWSKI,** an individual, (collectively, "Defendants"). In support of this Motion, the Secretary states Defendants have consented to the entry of the Consent Order and Judgment being filed electronically and submitted via email to the court's chambers.

WHEREFORE, for the foregoing reasons, Defendants having consented to the entry of Judgment, the Secretary respectfully requests this Court enter the submitted proposed Consent Order and Judgment.

Dated:     July 13, 2022

Respectfully Submitted

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

/s/ Barbara M. Villalobos

**BARBARA M. VILLALOBOS**
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street,
Suite 844
Chicago, IL 60604
T: (312) 353-1168
Villalobos.Barbara@DOL.gov
IL. Bar # 6230454

*Attorneys for Plaintiff Martin J. Walsh,*
*Secretary of Labor,*
*United States Department of Labor*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Secretary of Labor's Unopposed Motion for Entry of Consent Order and Judgment** was filed with the Court on July 13, 2022, using the Court's CM/ECF system and served on the following by electronic mail:

> **William P. Callinan**
> **Counsel for Defendants**
> Johnson & Krol, LLC
> 311 S. Wacker Dr., Suite 1050
> Chicago, IL 60606
> callinan@johnsonkrol.com

/s/ Barbara M. Villalobos

**BARBARA M. VILLALOBOS**

Senior Trial Attorney